Form G-3

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
_____DIVISION**

In re: ) Chapter
 )
 ) No.
 )
 Debtor(s) ) Judge

### NOTICE OF MOTION

TO:  See attached list

    PLEASE TAKE NOTICE that on _____, at _____, I will appear before the Honorable _____,, or any judge sitting in that judge's place, **either** in courtroom _____ of the _____ , _____**or** electronically as described below, and present the motion of _____ [to/for] _____, a copy of which is attached.

    **Important:  Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government.  All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

    **Meeting ID and passcode.**  The meeting ID for this hearing is _____, and the passcode is _____.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                    By: _____

## **CERTIFICATE OF SERVICE**

      I, _____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on _____ , at _____.

_____
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-05828<br>Northern District of Illinois<br>Eastern Division<br>Thu Aug 10 11:25:29 CDT 2023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Assc Bnk Wi<br>200 N. Adams Pob 19066<br>Green Bay, WI 54307-9066 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Chase Bank<br>1200 N Dearborn St<br>Chicago, IL 60610-8341 | Credit Management Lp<br>PO Box 118288<br>Carrollton, TX 75011-8288 |
| Credit One Bank Na<br>P.O. Box 98875<br>Las Vegas, NV 89193-8875 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Enhanced Recovery Co L<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 |
| (p)GC SERVICES LIMITED PARTNERSHIP<br>6330 GULFTON STREET<br>HOUSTON TX 77081-1198 | I.c. System, Inc<br>P.O. Box 64378<br>Saint Paul, MN 55164-0378 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Lendumo<br>597 Peace Pipe Rd<br>2nd Fl<br>Lac Du Flambeau, WI 54538 |
| Makum Lending<br>9800 South Monroe St<br>Sandy, UT 84070-4419 | Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Partnership Financial<br>5940 LINCOLN AVE<br>MORTON GROVE, IL 60053-3350 |
| TBOM/VT<br>5109 S BROADBAND LN<br>SIOUX FALLS, SD 57108-2208 | Us Bank<br>601 2ND AVE SOUTH<br>MINNEAPOLIS, MN 55402-1902 | Verizon<br>Po Box 248838<br>Oklahoma City, OK 73124-8838 |
| WESTLAKE FINANCIAL SVC<br>4751 WILSHIRE BLVD<br>LOS ANGELES, CA 90010-3847 | Webbnk/Fstr<br>13300 PIONEER TRAIL<br>EDEN PRAIRIE, MN 55347-4120 | Wells Fargo Bank<br>6389 Jonesboro Rd<br>Morrow, GA 30260-1737 |
| Xfinity<br>1701 JFK Boulevard<br>Philadephia, PA 19103-2838 | Christopher Durell Frederick<br>9238 Gross Point Rd Apt 403<br>Skokie, IL 60077-1336 | Gregg Szilagyi<br>209 S LASALLE ST<br>Suite 950<br>Chicago, IL 60604-1459 |
| Mitchell Shanks<br>Robert J. Semrad and Associates, LLC<br>11101 S. Western Avenue<br>Chicago, IL 60643-3907 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Elan Financial Service<br>777 E Wisconsin Ave<br>Milwaukee, WI 53202 | G C Services<br>6330 Gulfton St<br>Houston, TX 77081 | Illinois Department of Revenue Bankruptcy Se<br>PO Box 19035<br>Springfield, IL 62794-9035 |

JEFFERSON CAPITAL SYST
16 MCLELAND RD
SAINT CLOUD, MN 56303

End of Label Matrix
Mailable recipients    28
Bypassed recipients     0
Total                  28

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO.  23 b 05828 |
| Christopher Durell Frederick, ) | HON. Cox |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

## MOTION TO WITHDRAW AS ATTORNEY

NOW COMES the Debtor's Counsel, The Semrad Law Firm, LLC, and hereby moves this Honorable Court for leave to withdraw as counsel for Debtor. In so moving, Debtor's Counsel states as follows:

1. That the Debtor filed a Chapter 7 Voluntary Petition on April 29, 2023.

2. Debtor's counsel diligently represented him in the Chapter 7 bankruptcy case.

3. Debtor has failed to fulfil his obligation under the post-petition contract.

4. Counsel believes they cannot effectively represent him in the bankruptcy case

5. Attorneys Mitchell Shanks and Janna Quarless of The Semrad Law Firm, LLC wish to be removed as attorneys of record in the instant case.

6. The Semrad Law Firm, LLC respectfully requests this Honorable Court grant the Debtor's counsel leave to withdraw from the instant case.

WHEREFORE, The Semrad Law Firm, LLC, Debtor's Counsel, respectfully prays that this Honorable Court enter an Order granting leave to withdraw as attorney from the instant case,

along with any and all other relief this Court deems just and fair.

                                                Respectfully Submitted,

/s/ *Janna L. Quarless*
Attorney for Debtor

The Semrad Law Firm, LLC
11101 S. Western Ave
Chicago, IL 60643
(312) 913-0625